# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**SULTAN NURIEV**<br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)            6:22-MJ-2224<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 13, 2022__ in the county of __ORANGE__ in the __MIDDLE__ District of __FLORIDA__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 UNITED STATES CODE SECTION 2252A(a)(1) | Knowing Transportation of Child Pornography using a Means or Facility of Interstate Commerce, or in or Affecting Interstate Commerce |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by TELEPHONE/ZOOM

_____
*Judge's signature*

Date: 11/26/2022

Daniel C. Irick, USMJ
*Printed name and title*

City and state: Orlando, Florida

Scanned with CamScanner

STATE OF FLORIDA                          CASE NO. 6:20-mj- 2224

COUNTY OF ORANGE

## AFFIDAVIT

I, Kevin Kaufman, being duly sworn, do hereby depose and state as follows:

1.  This affidavit is submitted in support of a criminal complaint against Sultan NURIEV, for violations of 18 U.S.C. § 2252A(a)(1). As set forth in more detail below, I believe there is probable cause that on or about January 13, 2022, in Orange County, Florida, NURIEV transported child pornography using any means or facility of interstate or foreign commerce or that had been transported in interstate or foreign commerce, in violation of 18 U.S.C. § 2252A(a)(1).

2.  I have been a Special Agent (SA) with the Federal Bureau of Investigation (FBI) for the past 18 years. I am currently assigned to the FBI Violent Crimes Against Children Task Force.

3.  I have received specialized training concerning investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have also investigated and assisted in the investigation of matters involving the possession, receipt, distribution, and production of child pornography. During the course of my training and investigations, I have had the opportunity to

observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.  Moreover, I am a SA who is engaged in enforcing the criminal laws, including 18 U.S.C. § 2252A.

4. I have participated in various training courses concerning the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

5. I make this affidavit based on my experience and background as a law enforcement officer, including my experience with the FBI; my personal participation in the investigation; information provided by other FBI Special Agents who participated in this investigation with me, and other law enforcement officers and agency personnel.  Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each fact learned during the course of this investigation.

6. This affidavit is submitted in support of a criminal complaint against NURIEV for violations of 18 U.S.C. § 2252A.  As set forth in greater

more detail below, I believe there is probable cause that on or about January 13, 2022, in Orange County, Florida, NURIEV transported child pornography using any means or facility of interstate or foreign commerce, or that had been transported in interstate or foreign commerce, in violation of 18 U.S.C. § 2252A(a)(1).

## PROBABLE CAUSE STATEMENT

7.     On December 3, 2019, an individual called the FBI National Threat Operations Center (NTOC) to report the exploitation of a child via the communications application WhatsApp, by an unknown subject in Florida. The caller was making this report for a friend who lived in Russia. The friend reported that her 7-year-old daughter went online to a creative website and was contacted by an unknown male claiming to be a 12-year-old boy. The male spoke Russian and chatted with the child victim (CV) for approximately one week. During the conversation, the subject requested the CV to video chat. While on video chat, the subject took off his clothes and exposed himself to the CV. The reporting parties researched the area code of the subject's WhatsApp telephone number (XXX)-XXX-9939, and discovered it was from Central Florida. The reporting party called (XXX)-XXX-9939 and a male answered the call. Based on the interaction between the reporting party and the male, the reporting party believed the male was older.

8.      A search conducted of law enforcement databases by the FBI revealed the person registered to the phone number to be SULTON NURIEV (NURIEV). Based on the information received, the FBI attempted to contact NURIEV at his residence. Investigators arrived at the residence and spoke to NURIEV'S wife. Investigators also requested to speak to NURIEV but were told that NURIEV was not at the residence. NURIEV'S wife told the agents that that NURIEV was out of town.

9.      Investigators asked NURIEV'S wife to have her husband come to the FBI office on a specific date so investigators could speak with him. NURIEV never contacted investigators. Believing that NURIEV would attempt to leave the country, the FBI coordinated with Customs and Border Protections (CBP). CBP subsequently placed an alert on NURIEV, indicating possible travel to engage in the sexual abuse of children.

10.     On January 13, 2022, NURIEV left the United States from Orlando, FL, to Tashkent, Uzbekistan. On February 20, 2022, NURIEV returned to the United States via the Chicago O'Hare International Airport, from Istanbul, Turkey. Upon arrival into the United States, NURIEV was searched by CBP Officer Michael Shamma pursuant to the border exception to a warrant.

11. As part of the CBP search, a search was conducted on NURIEV's iPhone 13 Pro Max cellular telephone for possible evidence of child sexual abuse material (CSAM). During a basic media search of the photos and videos, CBP located multiple images and videos of females engaged in sexual acts. The females appeared to be under the age 18. The cellular telephone was subsequently held for further inspection. While being temporarily held, a logical media extraction of the cellular telephone was done. The extraction of the cellular telephone was reviewed by Homeland Security Investigations Task Force Officer Shamma to locate further images and/or videos of CSAM. Officer Shamma documented his preview of the cellular telephone. Based on border crossing records maintained in the Department of Homeland Security's (DHS) Databases, your affiant is aware that NURIEV departed the United States from Orlando, FL on January 13, 2022, and returned to the United States in Chicago, IL on February 20, 2022.

12. Officer Shamma contacted HSI Special Agent (SA) Schuster and apprised him situation. SA Schuster went to Chicago O'Hare Airport to assist with the investigation and reviewed the extraction of the cellular telephone. During the review, SA Schuster observed a WhatsApp conversation between NURIEV and an underage female child. The aforementioned WhatsApp conversation began on February 6, 2022, and ended on the same day. There

5

was no indication that NURIEV and unknown female child had ever contacted each other previously, or that they had ever met in person based on that conversation. During the chat conversation, NURIEV sent an image of a penis. NURIEV asked the female child to send him nude and/or naked images of herself. The female child complied and sent an image of her exposed breasts. NURIEV continued to request additional nude images of the female child. SA Schuster also observed several images and videos of females engaged in sexual acts. The females appeared to be age-questionable and did not appear to have attained the age of 18.

13. SA Schuster was reassigned during the course of this investigation. On March 21, 2022, a letter was mailed from CBP to NURIEV at his residence at 2121 S. Hiawassee Road, Apt # 4530, Orlando, FL 32835. The letter explained to NURIEV his options to get the cellular telephone back. NURIEV did not respond to CBP's Notice of Seizure, and the phone was deemed to have been administratively forfeited on June 15, 2022. Based on the previous activities reported to the FBI and the alert placed on NURIEV in December 2019, Officer Shamma contacted the FBI in Orlando, Florida. Officer Shamma informed the FBI of the disposition of the phone and the FBI requested the extraction of the device and the cellular telephone be sent to the

FBI Orlando Resident Agency located at 480 South Keller Road, Apopka, Florida 32810.

14. On November 11, 2022, CBP Officer Shamma sent the cellular telephone to the FBI Orlando Resident Agency via FedEx. On November 14, 2022, CBP Officer Michael Verdi and HSI Agent Ryan Callahan received the cellular telephone and gave it to SA Jason Park. The Device was lawfully had detained and forfeited. While the FBI might already have all necessary authority to examine the cellular telephone, your affiant sought search authority from this court out of an abundance of caution.

15. On November 23, 2022, this Honorable Court signed the search warrant for the seized and abandoned cellular device, authorizing further analysis. The cellular telephone was taken to the Seminole County Sheriff's Office (SCSO) to be forensically extracted.

## REVIEW OF THE CELLULAR DEVICE

16. I reviewed the extraction and located several images and videos of CSAM. Several of the videos and images of CSAM were received while NURIEV was out of the country. However, I did locate two videos of CSAM and one image of CSAM that were present on the device when NURIEV departed the United States on January 13, 2022. The following are the descriptions of the of the two videos and one image I located:

- Video Title: L43596.AVI

    o Created Date: March 21, 2021

    o Last Accessed: December 28, 2021

    o Description: The video is approximately 9 mins in length. The video featured a female child who is approximately 9 years old. The child is clothed and on a bed. During the video, the child first disrobes to her underwear, exposing her bare chest. The child then pulls her under down her remaining article of clothing, exposing her anus and vagina to the camera.

- Video Title: !!!New Pthc-12To Evelyn 201_toXvid.avi

    o Created Date: March 28, 2021

    o Last Accessed: February 21, 2022

    o Description: The video is approximately 8 minutes and 8 seconds in length. The videos featured a female child who is approximately 12 years old. The female is with an adult male, whose erect penis is visible. The female child performs oral sex on the adult male. The video is segmented into several different instances where the same

> 12-year-old child is being forced to perform oral sex on an adult male.

- Image Title: vi64D10784-C3B9-495E-A7F6-FFC468AA62D8_L0_001:first-frame

    o Created: January 5, 2022

    o Last Accessed: January 5, 2022

    o Description: The image is of a female child who is approximately 9-10 years old. The female child is performing oral sex on an adult male.

17. The analysis confirms that videos and image described were downloaded to the cellular telephone prior to NURIEV departing the United States. The forensic extraction showed the cellular telephone was restored from NURIEV'S assigned apple account, indicating the videos were his Apple account. Further forensic review of the device indicated that NURIEV continued to receive and possess CSAM while outside the United States.

18. Additionally, an iOS snapshot was located on the device which depicted the files application which showed movies that NURIEV had access to both locally and on his iCloud storge account. Four out of the five titles of the videos contained names indicative of CSAM videos for example "pthc" (pre-teen hardcore). Based on my training and experience, it is my belief that

NURIEV had access to these CSAM videos on his device, as well as in his iCloud account prior to his departure from the United States.

## **CONCLUSION**

19. Based on the probable cause articulated above, there is probable cause that on or about January 13, 2022 , in Orange County, in the Middle District of Florida, NURIEV knowingly transported child pornography, in violation of 18 U.S.C. § 2252A(a)(1).

_____
Kevin Kaufman
Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me
as true and accurate by telephone consistent with
Fed. R. Crim. P. 4.1 and 4(d) before me
this 26 day of November, 2022.

_____
DANIEL C. IRICK
United States Magistrate Judge

10